David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette Dube
Chief Deputy

November 29, 2005

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

DEC 2 2005

**Re: D'Amario v. US, C.A. No. 04-456S**

Dear Mr. Donovan:

Enclosed please find a Transfer Order entered by Chief U.S. District Judge Ernest C. Torres in the above-referenced matter transferring this case to the First Circuit Court of Appeals, along with a copy of the file and a certified copy of the docket.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Susan Pedraza
05-2783

Enclosure: Certified Docket
Original file