CA:04-456 J. Smith

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-2783

ARTHUR D'AMARIO, III,

Petitioner,

v.

EDWARD B. MOTLEY,

Respondent.

---

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

---

JUDGMENT

Entered: February 13, 2006

The motion to expedite this matter is granted. The motion to "quash" the district court transfer of this matter to our court is denied. We need not, and do not, resolve whether petitioner is correct in his contention that this matter should be treated as a motion under Fed. R. Civ. P. 60(b) directed at a habeas petition filed pursuant to 28 U.S.C. § 2241 and not treated as a second or successive motion pursuant to 28 U.S.C. § 2255. Even were petitioner correct in this contention and further even were petitioner correct in his contention that his reincarceration voids the prior ruling of mootness, the purported Rule 60(b) motion does not effectively impair this court's prior ruling that, as a matter of law, petitioner's purported § 2241 petition was subject to dismissal pursuant to 28 U.S.C. § 2244(a) as an inappropriate repetitive attempt at judicial review. See D'Amario v. Motley, No. 05-1118 (1st Cir. 5/24/2005).

The "motion to vacate" transferred to this court by the district court is denied and the instant matter is summarily

dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 2-13-06

By: MARGARET CARTER
Chief Deputy Clerk.

[Cert. cc: Hon. William E. Smith and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario and Lockhart]